United States District court
Southern District of Texas

United States District Court
Southern District of Texas
FILED

DEC   2 2011

David J. Bradley, Clerk of Court

Darren Keys, Author
of "Fraud chronicles,
from white Powder to
white collar" fans,
Plaintiff

CASE NO.

V.

Robert Allen Stanford,
Bernard L. Madoff,
Raj Rajaratnam,
Jeffrey K. Shilling,
Kenneth L. Lay,
Joseph P. Nacchio,
Barry Minkow,
Bernard J. Ebbers,
John J. Rigas,
L. Dennis Kozkowski,
Michael R. Milken,
Thomas Joseph Petters,
Frank P. Quattrone,
Peter Bacanovic,
Irving H. Picard,
Arthur Nadel,

Defendants

Preliminary Injunction, Temporary Restraining order
TRO
28 USC 1331

Comes now, Darren Keys, Author of "Fraud chronicles, from white Powder to white collar" Fans, facing imminent danger and Bodily harm from Robert Allen Stanford and Listed defendants. Robert Allen Stanford was indicted in this court for a Billion dollar Ponzi scam, and his defense plans to introduce evidence in his trial that he was influenced and entrapped by the reading material of Darren Keys Best selling Book "Fraud chronicles, from white Powder to white collar" Which caused MR. Stanford to do his fraudulent acts. This is defamation of character of MR. Keys, and if the defense for MR. Stanford are allowed in his court trial to present Darren Keys Book as the cause of his Behavior, this will cause MR. Keys economic damage with a loss of Book sales. Bernard Madoff plans to file a Appeal in his criminal case and use the same defense arguments that Darren Keys Book cause Madoff to steal Billions, which is totally unfair to MR. Keys. Plaintiffs, move this court to find Stanford and Madoffs defense and appeals admissable to enter Darren Keys Fraud chronicles Book introduced as evidence, the Fraud chronicles is not accountable for other peoples criminal acts and has a full disclaimer. Plaintiffs moves for a restraining order and prays this honorable court for relief.

Respectfully
Submitted

Darren Keys, Author of
"Fraud Chronicles, From white
Powder to white collar" Fans
270 Sylvan Ave
Englewood Cliff, NJ. 07632

8/10/11

Darren Keys Faus
2730 Sylvan Ave
Englewood cliff, NJ 07632

United States District Court
Southern District of Texas
FILED

DEC   2 2011

David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
Clerk of court
BoB Casey u.s. courthouse
515 Rusk st.
Houston, Texas 77002

77002-2600

USA FIRST CLASS FOREVER