IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARREN LAMONT KEYS, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-11-4427 |
| ARTHUR NADEL, et al., | § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

Plaintiff filed this *pro se* lawsuit against sixteen federal criminal defendants, seeking a temporary restraining order and injunctive relief to preclude them from "blaming" their criminal behavior on a book he allegedly wrote. Plaintiff did not pay the filing fee or submit an application to proceed *in forma pauperis*.

On December 19, 2011, the Court mailed an order to plaintiff at the mailing address he provided in his pleading. On December 28, 2011, the letter was returned to the Court by the United States Postal Service, marked, "Not Known." A review of public court records for the federal courts shows that, contemporaneous with the filing of this lawsuit, plaintiff filed a motion to intervene in the Western District of Pennsylvania, raising other claims regarding his alleged book. In that lawsuit, plaintiff disclosed an entirely different mailing address; as his purported telephone number, plaintiff provided the main switchboard number

for the White House in Washington, D.C. *See In re Keys*, C.A. No. 4-cv-00352-DSC (W.D. Pa. 2011).

Because plaintiff has failed to provide this Court with a valid address of record, the Court **ORDERS** this lawsuit **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. Plaintiff may move to reinstate this lawsuit by filing a timely and proper motion for new trial, including disclosure of his true address.

Signed at Houston, Texas, on this the 13th day of January, 2012.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE